BENTON & HOLDEN, INCORPORATED, a corporation, complainant-appellant,

*v.*

CENTRAL RAILROAD OF NEW JERSEY et al., defendants-respondents.

[Argued October term, 1937. Decided January 14th, 1938.]

*Mr. Joseph R. Kane* and *Mr. Samuel Koestler,* for the complainant-appellant.

*Mr. Charles E. Miller,* for the Central Railroad Company.

*Mr. John A. Bernhard,* for the board of public utility commissioners.

*Messrs. Haines & Chanalis,* for P. T. Cox Contracting Company, Incorporated.

PER CURIAM.

The proofs, carefully examined, abundantly support the findings of the learned vice-chancellor from whose decree the present appeal is taken and we also agree with two findings of law applicable thereto.

The decree will be affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 12.

*For reversal*—None.